No. 584. Henry C. King, Appellant, v. U. B. Buskirk, Trustee, et al. Appeal from the United States Circuit Court of Appeals for the Fourth Circuit. Motion to dismiss or affirm submitted October 14, 1913. Decided October 27, 1913. *Per Curiam.* Dismissed for the want of jurisdiction. *Fay* v. *Crozer,* 217 U. S. 455, 456, and cases cited; *Farrell* v. *O'Brien,* 199 U. S. 100; *Waters-*

*Pierce Oil Co.* v. *Texas,* 212 U. S. 112, 117–118. *Mr. Maynard F. Stiles* for the appellant. *Mr. Frank Cox* and *Mr. W. R. Lilly* for the defendants in error.